UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM MARIE IGOU,<br><br>       Plaintiff,<br><br>-against-<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>       Defendant. | ORDER REGARDING<br>POTENTIALLY<br>RELATED CASES<br><br>1:24-cv-9594-MKV |
| CHRISTINA SILVIA PASTRANA,<br><br>       Plaintiff,<br><br>-against-<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>       Defendant. | 1:24-cv-9620-MKV |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024

MARY KAY VYSKOCIL, United States District Judge:

  The above-captioned actions have been assigned to my docket. From an initial review of the Complaints, it appears that the cases may be related under Rule 13 of the Rules for the Division of Business Among District Judges for the Southern District of New York. However, plaintiffs' counsel did not indicate that the cases are related on the Civil Cover Sheets or file Statement of Relatedness forms. Accordingly, IT IS HEREBY ORDERED that by **December 23, 2024**, counsel shall file in each case either (1) a statement of relatedness identifying **all** related cases pending in this District, or (2) a letter explaining why these cases are not related, applying the criteria set forth in Local Rule for Division of Business 13.

**SO ORDERED.**

Date: December 18, 2024
    New York, NY

                     _____
                     MARY KAY VYSKOCIL
                     United States District Judge